SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
LORI A. LOOKLISS Michigan Bar No. P64099
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-3808
lori.lookliss@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NICHE SANDERS,<br><br>    Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:25-cv-02428-MDC<br><br>UNOPPOSED MOTION FOR NUNC PRO TUNC EXTENSION OF TIME TO ALLOW FOR FILING OF AN EXTENSION FOR THE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER<br>(FIRST REQUEST) |

COME NOW THE PARTIES, by and through their counsel, and hereby jointly move the Court for an extension of time, nunc pro tunc, to February 10, for Defendant to file an Extension in this case relative to the certified administrative record and Answer. Due to an administrative error in calendaring and delay in transcript development, the deadline was missed by Defendant and the Answer was not filed by its deadline on February 9, 2026.

Defense counsel sincerely apologizes to Plaintiff and this Court for the oversight and this delay in the filing. The undersigned respectfully requests that the Court grant this short extension to allow filing of an Extension filed concurrently with this motion. Defendant contacted counsel for Plaintiff who has no objection.

DATED February 10, 2026

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

I certify that Artificial Intelligence was not used to prepare the foregoing document.

By: s/ Lori A. Lookliss
Lori A. Lookliss
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  February 19, 2026