SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
LORI A. LOOKLISS Michigan Bar No. P64099
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-3808
lori.lookliss@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NICHE SANDERS,<br><br>                 Plaintiff,<br><br>        vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>                 Defendant. | Civil No. 2:25-cv-02428-MDC<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER<br>(FIRST REQUEST) |

Defendant hereby moves, with no opposition from Plaintiff's counsel, for an extension of time as follows:

- Defendant shall have up to and including March 11, 2026, to file a response to a response to the Complaint.

In support of this Motion, the undersigned Special Assistant United States Attorney Lori A. Lookliss, counsel for the Commissioner, states as follows:

1. The Defendant's Answer was due Monday, February 9, 2026.
2. I am requesting a 30-day extension of time, until March 11, 2026, for the Defendant to file his response to Plaintiff's Complaint.
3. Defendant has been notified that the transcript is not yet available in this case. A transcript backlog has developed due to the shutdown, and the SSA is facing challenges in getting transcripts back from the contractors. My client has requested that we seek an extension. Therefore, we are requesting an extension of the initial answer/response due date to produce a transcript or a response to Plaintiff's Complaint.
4. Plaintiff's counsel has been contacted and does not oppose this motion for an extension.

//
//
//
//
//
//
//
//
//
//

Motion to Extend Answer                    Page 2                    2:25-cv-02428-MDC

For these reasons, the Court should grant Defendant's amended unopposed request and extend the deadlines to file a response to Plaintiff's Complaint to March 11, 2026.

DATED February 10, 2026

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

I certify that Artificial Intelligence was not used to prepare the foregoing document.

By: s/ Lori A. Lookliss
Lori A. Lookliss
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

## ORDER

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: February 19, 2026

Motion to Extend Answer                    Page 3                    2:25-cv-02428-MDC