Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Niche Sanders

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHE SANDERS, | Case No.: 2:25-cv-02428-MDC |
| Plaintiff, | STIPULATION FOR DISMISSAL AND ORDER |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE MAXIMILIANO D. COUVILLIER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Niche Sanders ("Plaintiff") and FRANK BISIGNANO as the Commissioner of Social

-1-

Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: April 9, 2026            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/  *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Niche Sanders

DATE: April 9, 2026            SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Lori A. Lookliss*

_____

LORI A. LOOKLISS
    Special Assistant United States Attorney
    Attorneys for Defendant FRANK BISIGNANO,
Commissioner of Social Security
    (Per e-mail authorization)

IT IS SO ORDERED:

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED:_April 10, 2026_____

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.